UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daniel Navon,<br><br>                            Plaintiff,<br><br>   -v.-<br><br>Equifax Information Services, LLC,<br>Trans Union, LLC,<br>Experian Information Solutions, Inc.,<br>Discover Bank,<br><br>                            Defendant(s). | Case No: 1:22-cv-03587-ENV-RML<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DISCOVER BANK AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Discover Bank, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: December 27, 2022

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 12/28/2022

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

**The Clerk is directed to close this case**

/s/ *Uri Horowitz*
By: Uri Horowitz, Esq.
**Horowitz Law, PLLC**
14441 70th Road
Flushing, NY 11367
Phone: (718) 705-8706
uri@horowitzlawpllc.com

*Attorneys For Plaintiffs Daniel Navon*

1

Dated: December 27, 2022

/s/ *Marsha J. Indych (with consent)*
Marsha J. Indych, Esq.
**Faegre Drinker Biddle & Reath LLP**
1177 Avenue of the Americas, 41st Floor
New York, New York 10036, USA
Phone: (212) 248-3162
marsha.indych@faegredrinker.com>

*Attorneys For Defendant Discover Bank*

SO ORDERED:

_____
Judge, U.S. District Court
Eastern District of New York

2